UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN EDWARD LEWIS,<br><br>               Plaintiff,<br>    v.<br><br>GREGERORY KLUQ, et al.,<br><br>               Defendants. | Case No. C20-5277 BHS-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for <u>November 6, 2020</u> |

    On April 9, 2020, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 6), with respect to his proposed civil rights complaint (Dkt. 1-1). On June 8, 2020, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim and frivolous allegations. Dkt. 7. The Court informed plaintiff that his complaint was fatally deficient for vague and conclusory allegations lacking sufficient facts regarding defendants' conduct to allege any constitutional violations or establish that defendants acted under color of state law. Dkt. 7, at 5. The deadline for plaintiff's response was set for September 7, 2020.

    The order was returned to the Court as undeliverable on June 17, 2020. Dkt. 8. On July 7, plaintiff filed a notice of change of address, and on July 27, the Clerk updated plaintiff's address again per an update by plaintiff in a separate litigation. Dkt. 9. Finally, plaintiff filed another notice of change of address on August 31, upon which the Court's Order (Dkt. 7) was re-mailed to plaintiff's address. Dkt. 10.

REPORT AND RECOMMENDATION - 1

To date, plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute.

Petitioner has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on **November 6, 2020**, as noted in the caption.

Dated this 16th day of October, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge